AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Donald Burchett

JUDGMENT IN A CIVIL CASE

v.

Heintz, et al

CASE NUMBER: CV-07-413-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Complaint is DISMISSED With Prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C §§ 1915(e)(2) and 1915A(b)(1).

| | |
|---|---|
| 04/18/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |